ALBERT E. McKENZIE, as Trustee in Bankruptcy of GRAVES-QUINN CORPORATION, Respondent, *v.* IRVING TRUST COMPANY, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*David Morgulas* for motion.
*William A. Onderdonk* and *Stephen G. Kent* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.